NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 13 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>    v.<br><br>JAIME PEREZ, AKA Beef,<br><br>        Defendant - Appellant. | No. 23-1265<br><br>D.C. No.<br>3:21-cr-00508-CAB-1<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Southern District of California
Cathy Ann Bencivengo, District Judge, Presiding

Submitted April 22, 2026**

Before:    LEE, DESAI, and JOHNSTONE, Circuit Judges.

Jaime Perez appeals from the district court's judgment and challenges his

bench-trial conviction for being a felon in possession of a firearm in violation of 18

U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Perez asserts that § 922(g)(1) violates the Second Amendment, both facially

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and as applied to him as a purportedly non-violent felon. As he concedes, this claim is foreclosed. *See United States v. Duarte*, 137 F.4th 743, 750 (9th Cir. 2025) (en banc) ("[Section] 922(g)(1) is constitutional as applied to non-violent felons[.]"), *cert. denied*, __ S. Ct. __, 2026 WL 135692 (U.S. Jan. 20, 2026).

**AFFIRMED.**